UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-61457 - Civ - Jordan

"IN ADMIRALTY"

---------------------------------------------------------x
G & G MARINE, INC.,

    Plaintiff,

v.

M/V # 115, her boats, tackle, apparel and
furniture, engines and appurtenances, etc.,
*in rem*

    Defendant.
---------------------------------------------------------x

FILED by DKTG D.C.
NOV - 7 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ENTRY OF DEFENDANT'S DEFAULT

It appearing that the defendant(s) herein, M/V # 115, her boats, tackle, apparel and furniture, engines and appurtenances, etc., *in rem*, is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law, defendant's default is hereby entered on this 7 day of Nov, 2005.

CLERK

By: _____
    Deputy Clerk