UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 05-61457-CIV-JORDAN

| | |
|---|---|
| G & G MARINE, INC., | ) |
| Plaintiff | ) |
| vs. | ) |
| M/V # 115, her boats, tackle, apparel and furniture, engines and appurtenances, etc., *in rem*, | ) |
| Defendant | ) |

**CLOSED CIVIL CASE**

### ORDER GRANTING IN PART DEFAULT FINAL JUDGMENT

G & G Marine, Inc.'s ("G & G") motion for default final judgment under Rule 55(b)(2) [D.E. 15] is GRANTED IN PART against defendant M/V # 115 *in rem* in the amount of $41,599.70, for which let execution issue. G & G shall also have a maritime lien against the M/V # 115 in the same amount.

To the extent G & G seeks custodial expenses as part of the default judgment, its motion is DENIED. It has not attached an invoice supporting its claim that the expenses total $8,200.00. Counsel's unverified statement of damages [D.E. 16] is insufficient evidence that these are the actual expenses. Also, under Rule 54(c), "A judgment by default shall not be different in kind from or exceed in amount that prayed for in the demand for judgment." *See also American Home Assur. v. The Phineas Corp.*, 347 F.Supp.2d 1231, 1239-40 (M.D. Fla. 2004). The demand for judgment, as stated in the verified complaint [D.E. 1], did not include a claim for the additional $8,200.00. To the extent G & G seeks reimbursement for the filing fee ($250.00) as part of the default final judgment, its motion is DENIED under Rule 54(c) as well. Moreover, G & G cites no contract provision or law supporting its claim for the filing fee.

DONE and ORDERED in chambers in Miami, Florida, this 13th day of December, 2005.

Adalberto Jordan
United States District Judge

Copy to: All counsel of record